JOHN DANIEL MARTIN, III                NO. 24-KH-462

VERSUS                                 FIFTH CIRCUIT

STATE OF LOUISIANA                     COURT OF APPEAL

                                       STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

_Wiseman_
Linda Wiseman
First Deputy, Clerk of Court

_____ October 09, 2024 _____

Linda Wiseman
First Deputy Clerk

**IN RE** JOHN DANIEL MARTIN, III

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-NINTH JUDICIAL DISTRICT COURT, PARISH OF ST CHARLES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE CONNIE M. AUCOIN, DIVISION "C", NUMBER 22,159

---

Panel composed of Judges Jude G. Gravois,
John J. Molaison, Jr., and Scott U. Schlegel

**WRIT DENIED**

Relator, John Daniel Martin, filed a document entitled "Notice of Intent to Seek Writ(s)" which seeks a return date for various criminal and civil rulings rendered by the district court in May and June of 2024. In addition, relator seeks relief based on the lack of access to legal forms and a law library.

First, pursuant to Rule 4-2 of the Uniform Rules–Courts of Appeal, a notice of intent to seek supervisory review and to request a return date must be filed with the district court, not the court of appeal. In addition, relator does not attach any motions or rulings indicating that he first requested relief regarding access to a law library and legal forms from the district court. We are not a court of first impression and can only review issues that were first submitted to the trial court. *See* Uniform Rules–Courts of Appeal, Rule 1-3. Finally, as indicated in our recent ruling denying relator's writ application in Case No. 24-KH-357, La. C.Cr.P. art. 926(D) provides that if a petitioner fails to use the uniform application for post-conviction relief form approved by the Louisiana Supreme Court, the district court "may provide the petitioner with the uniform application and require its use."

Accordingly, this writ application is denied.

Gretna, Louisiana, this 9th day of October, 2024.

**SUS**
**JGG**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>10/09/2024</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-KH-462**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED

29th Judicial District Court (Clerk)
Honorable Connie M. Aucoin (DISTRICT JUDGE)
Lauren D. Rogers (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

John Daniel Martin, III #320411 (Relator)
Beauregard Parish Transitional Work
Program
14925 Highway 27
DeQuincy, LA 70633

Hon. Joel T. Chaisson, II (Respondent)
District Attorney
Twenty-Ninth Judicial District Court
Post Office Box 680
Hahnville, LA 70057